# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

EMILEE SNEED,                                                            PLAINTIFF
#131074

v.                            4:20CV00367-JM-JTK

WHITE COUNTY DETENTION CENTER                          DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 20th day of May, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE